UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAGDISH PATEL, on behalf of himself and all others similarly situated,<br><br>                  *Plaintiff,*<br><br>                  vs.<br><br>OPTIONABLE, INC., KEVIN CASSIDY, and EDWARD J. O'CONNOR,<br><br>                  *Defendants.* | Case No. 07-CV-3845 (unassigned)<br><br>**ECF Case** |

## NOTICE OF APPEARANCE

Lowey Dannenberg Bemporad Selinger & Cohen, P.C. hereby appears as counsel for

**Defendant Optionable, Inc.,** and requests that service of all pleadings and papers be made upon

such firm, through the undersigned counsel.

Dated: White Plains, New York
       May 18, 2007

                                        LOWEY DANNENBERG BEMPORAD
                                          SELINGER & COHEN, P.C.

                                          By: /S/_____
                                              Richard W. Cohen (RC-5220)
                                              Geoffrey M. Horn (GH-4179)
                                              Scott V. Papp (SP-6005)
                                         White Plains Plaza
                                         One North Broadway, 5th Floor
                                         White Plains, New York 10601
                                         Telephone:   914-997-0500
                                         Facsimile:    914-997-0035
                                         rcohen@lowey.com
                                         ghorn@lowey.com
                                         spapp@lowey.com

                                         *Attorneys for Defendant Optionable, Inc.*