UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JAGDISH PATEL, on behalf of himself and all others similarly situated,

        *Plaintiff,*

vs.

OPTIONABLE, INC., KEVIN CASSIDY, and EDWARD J. O'CONNOR,

        *Defendants.*

Case No. 07-CV-3845 (unassigned)

**ECF Case**

## NOTICE OF APPEARANCE

Lowey Dannenberg Bemporad Selinger & Cohen, P.C. hereby appears as counsel for **Defendant Optionable, Inc.,** and requests that service of all pleadings and papers be made upon such firm, through the undersigned counsel.

Dated: White Plains, New York
       May 21, 2007

          LOWEY DANNENBERG BEMPORAD
            SELINGER & COHEN, P.C.

          By: _____
              Geoffrey M. Horn (GH-4179)
          White Plains Plaza
          One North Broadway, 5th Floor
          White Plains, New York 10601
          Telephone:   914-997-0500
          Facsimile:    914-997-0035
          ghorn@lowey.com

          *Attorneys for Defendant Optionable, Inc.*