Mark S. Gregory
Kelley Drye & Warren LLP
400 Atlantic Street
Stamford, CT 06901
Telephone: (203) 324-1400
Facsimile:  (203) 327-2669
E-mail:     mgregory@kelleydrye.com

*Counsel for Defendant Optionable, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAGDISH PATEL, on behalf of himself and all others similarly situated,<br><br>                       Plaintiff,<br><br>      v.<br><br>OPTIONABLE INC., KEVIN CASSIDY, and EDWARD J. O'CONNOR<br><br>              Defendants. | No. 07 Civ. 3845 (LAK)<br><br>**NOTICE OF APPEARANCE AS COUNSEL ON BEHALF OF DEFENDANT OPTIONABLE, INC.** |

PLEASE TAKE NOTICE that, effective immediately, the law firm of Kelley Drye & Warren LLP and Mark S. Gregory, a member of the firm, admitted to practice in this District and a member in good standing of this Court, will be representing and appearing on behalf of Defendant Optionable, Inc.  Service of all pleadings, papers, and documents required to be served in this action should also be served on Defendant through counsel as follows:

Mark S. Gregory
Kelley Drye & Warren LLP
400 Atlantic Street
Stamford, CT 06901
Telephone: (203) 324-1400
Facsimile:  (203) 327-2669
E-mail:       mgregory@kelleydrye.com

Dated: June 15, 2007                    Respectfully submitted,

                                        KELLEY DRYE & WARREN LLP


                                        By:_____/s/ Mark S. Gregory_____
                                            Mark S. Gregory
                                            400 Atlantic Street
                                            Stamford, CT 06901
                                            Telephone: (203) 324-1400
                                            Facsimile:  (203) 327-2669
                                            E-mail:       mgregory@kelleydrye.com

                                            *Counsel for Defendant Optionable, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAGDISH PATEL, on behalf of himself and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> OPTIONABLE INC., KEVIN CASSIDY, and EDWARD J. O'CONNOR <br><br> Defendants. | No. 07 Civ. 3845 (LAK) <br><br> **CERTIFICATE OF SERVICE** |

I hereby certify that on June 15, 2007, a copy of the foregoing Notice of Appearance as Counsel on Behalf of Defendant Optionable, Inc. was filed electronically and served by mail on anyone unable to accept electronic filing. Parties may access this filing through the Court's CM/ECF System.

KELLEY DRYE & WARREN LLP


By:_____/s/ Mark S. Gregory_____
      Mark S. Gregory
      400 Atlantic Street
      Stamford, CT 06901
      Telephone: (203) 324-1400
      Facsimile:  (203) 327-2669
      E-mail:      mgregory@kelleydrye.com

      *Counsel for Defendant Optionable, Inc.*