

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALEXANDER FLEISS, Individually and on behalf of others similarly situated,<br><br>　　　　　　　　　*Plaintiff,*<br><br>　　　　　　vs.<br><br>OPTIONABLE, INC., MARK NORDLICHT, KEVIN CASSIDY, EDWARD J. O'CONNOR, ALBERT HELMIG, and MARC-ANDRE BOISSEAU,<br>　　　　　　　　　*Defendants.* | Case No. 07-CV-3753 (LAK)<br><br>ECF Case<br><br><br>**MEMO ENDORSED** |
| EDWARD PETERS, Individually and on behalf of others similarly situated,<br><br>　　　　　　　　　*Plaintiff,*<br><br>　　　　　　vs.<br><br>OPTIONABLE, INC., MARK NORDLICHT, KEVIN P. CASSIDY, EDWARD J. O'CONNOR, ALBERT HELMIG, and MARC-ANDRE BOISSEAU,<br>　　　　　　　　　*Defendants.* | Case No. 07-CV-3877 (LAK)<br><br>ECF Case<br><br>[RELATED ACTION] |
| JAGDISH PATEL, on behalf of himself and all others similarly situated,<br><br>　　　　　　　　　*Plaintiff,*<br><br>　　　　　　vs.<br><br>OPTIONABLE, INC., KEVIN CASSIDY, and EDWARD J. O'CONNOR,<br>　　　　　　　　　*Defendants.* | Case No. 07-CV-3845 (LAK)<br><br>ECF Case<br><br>[RELATED ACTION] |

### NOTICE OF MOTION AND MOTION FOR AN ORDER PERMITTING LOWEY DANNENBERG BEMPORAD SELINGER & COHEN, P.C. TO WITHDRAW AS COUNSEL FOR DEFENDANT OPTIONABLE, INC.

PLEASE TAKE NOTICE that Pursuant to Local Civil Rule 1.4 and the attached affidavit

of Richard W. Cohen, sworn to on May 31, 2007 (attached hereto as Exhibit "A"), the firm of

Lowey Dannenberg Bemporad Selinger & Cohen, P.C. (the "LDBSC") hereby moves this Court,

2013 / NOT / 00082823.WPD v1

before the Honorable Lewis A. Kaplan, at the U.S. District Court for the Southern District of

New York, located at 500 Pearl Street, New York, N.Y. 10007, Courtroom 12D, for an order

permitting LDBSC to withdraw as counsel for Defendant Optionable, Inc. on the grounds that

Defendant Optionable, Inc. has chosen to engage other counsel to defend it in the above-entitled

related actions.

PLEASE TAKE FURTHER NOTICE that, if necessary, the time and date of this motion

will be set by the parties or the Court.

Dated:  White Plains, New York
        May 31, 2007

LOWEY DANNENBERG BEMPORAD
SELINGER & COHEN, P.C.

By: _____
        Richard W. Cohen (RC-5220)
Geoffrey M. Horn (GH-4179)
Scott V. Papp (SP-6005)
White Plains Plaza
One North Broadway, 5th Floor
White Plains, New York 10601
Telephone:    914-997-0500
Facsimile:    914-997-0035

2013 / NOT / 00082823.WPD v1                    2