| Movant | Purchase Date | Purchase Amount | Purchase Price | Purchase Cost | Sale Date | Sale Amount | Sale Price | Sale Proceeds | Net Loss |
|---|---|---|---|---|---|---|---|---|---|
| Jagdish Patel | 5/4/2007 | 500 | $4.170 | $2,082.50 | | | | | |
| | 5/4/2007 | 1,000 | $4.100 | $4,100.95 | | | | | |
| | 5/4/2007 | 1,500 | $4.130 | $6,202.50 | | | | | |
| | 5/4/2007 | 2,000 | $4.120 | $8,245.95 | | | | | |
| | 5/4/2007 | 7,000 | $4.200 | $29,365.00 | | | | | |
| | 5/4/2007 | 14,000 | $4.020 | $56,345.95 | | | | | |
| | 5/9/2007 | 500 | $2.960 | $1,480.95 | | | | | |
| | 5/9/2007 | 1,000 | $2.720 | $2,720.95 | | | | | |
| | 5/9/2007 | 18,500 | $2.910 | $53,923.45 | | | | | |
| | | 46,000 | | $164,468.20 | HELD | 46,000 | $0.430 | $19,780.00 | $144,688.20 |
| Ramesh Gulati | 1/23/2007 | 1,000 | $5.440 | $5,440.00 | | | | | |
| Gulati Family LP2 | 1/23/2007 | 500 | $5.430 | $2,715.00 | | | | | |
| | 1/23/2007 | 1,500 | $5.010 | $7,515.00 | | | | | |
| | 1/24/2007 | 5,000 | $6.090 | $30,450.00 | | | | | |
| | 1/25/2007 | 2,000 | $6.100 | $12,200.00 | | | | | |
| | 2/5/2007 | 2,000 | $6.110 | $12,220.00 | | | | | |
| | 3/7/2007 | 5,000 | $6.550 | $32,750.00 | | | | | |
| | 3/12/2007 | 5,000 | $6.290 | $31,450.00 | | | | | |
| | 3/16/2007 | 5,000 | $5.960 | $29,800.00 | | | | | |
| | 4/27/2007 | 5,000 | $5.690 | $28,450.00 | | | | | |
| | 5/1/2007 | 200 | $5.330 | $1,066.00 | | | | | |
| | 5/1/2007 | 4,800 | $5.380 | $25,824.00 | | | | | |
| | 5/3/2007 | 200 | $4.030 | $806.00 | | | | | |
| | 5/3/2007 | 4,800 | $4.000 | $19,200.00 | | | | | |
| | | 42,000 | | $239,886.00 | HELD | 42,000 | $0.430 | $18,060.00 | $221,826.00 |
| Geraldine Gulati | 2/22/2007 | 200 | $7.000 | $1,400.00 | | | | | |
| | 2/22/2007 | 4,800 | $6.990 | $33,552.00 | | | | | |
| | 2/22/2007 | 5,000 | $7.260 | $36,300.00 | | | | | |
| | 3/12/2007 | 5,000 | $6.410 | $32,050.00 | | | | | |
| | 4/27/2007 | 5,000 | $5.760 | $28,800.00 | | | | | |
| | 5/1/2007 | 5,000 | $5.170 | $25,850.00 | | | | | |
| | 5/3/2007 | 5,000 | $4.010 | $20,050.00 | | | | | |
| | | 30,000 | | $178,002.00 | HELD | 30,000 | $0.430 | $12,900.00 | $165,102.00 |

| Name | Dates | Shares | Price | Cost | Date | Shares | Price | Proceeds | Loss |
|---|---|---|---|---|---|---|---|---|---|
| Robert & Rosanne Leoni | 2/1/07 - 2/26/07 | 313,802 | $7.139 | $2,240,180.00 | | | | | |
| | *5/11/2007 | 7,839 | $1.000 | $7,848.99 | | | | | |
| | | | | | 4/10/2007 | 2,000 | $7.450 | $14,889.78 | |
| | | | | | 5/2/2007 | 60,000 | $5.093 | $305,582.52 | |
| | | | | | *5/11/2007 | 10,000 | $0.786 | $7,849.88 | |
| | | | | | *5/14/2007 | 249,641 | $0.759 | $189,375.83 | |
| | | 321,641 | | $2,248,028.99 | | 321,641 | | $517,698.01 | $1,730,330.98 |
| **TOTAL** | | **439,641** | | **$2,830,385.19** | | **439,641** | | **$568,438.01** | **$2,261,947.18** |

NOTE: For shares held at the end of the Class Period, losses are calculated by multiplying the shares held by the average share price during the 90 days after the end of the Class Period (or $0.43 as of July 10, 2007). For post Class Period sales, the higher of the sale price or the mean price is used.

* Indicates that the transaction took place after the Class Period alleged in the Patel Complaint (May 6, 2005 through May 10, 2007). Losses are calculated using the Class Period alleged in the Patel Complaint.