## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of July, 2007, I caused to be served the foregoing Notice of Withdrawal of Motion for Consolidation, Appointment as Lead Plaintiff, and Approval of Choice of Lead Counsel on all counsel via ECF and First Class mail.

Dated: July 30, 2007                                          /s/ John A. Macoretta

**Via Electronic Mail**

Christime Schessler Poscablo
Kelley Drye & Warren, LLP (NY)
101 Park Avenue
New York, NY 10178

Mark Scott Gregory
Kelley Drye & Warren, LLP (CT)
Two Stamford Plaza
281 Tresser Boulevard
Stamford, CT 06901

Lawrence Robert Gelber, Esquire
34 Plaza Street East, Suite 1107
Brooklyn, NY 11238

Peter Joseph Pizzi
Connell Foley LLP
888 7th Avenue
New York City, NY 10106

Patricia I. Avery
Wolf Popper LLP
845 Third Avenue
New York, NY 10022

Catherine A. Torell
Cohen, Milstein, Hausfeld & Toll, P.L.L.C.
150 East 52nd Street
New York, NY 10022

Robert M. Roseman
Spector, Roseman & Kodroff, P.C. (PA)
1818 Market Street, Suite 2500
Philadelphia, PA 19103

Mario Alba, Jr.
Lerach, Coughlin, Stoia, Geller,
Rudman & Robbins, LLP (LIs)
58 South Service Road
Suite 200
Melville, NY 11747

James Stuart Notis
Gardy & Notis, LLP
440 Sylvan Avenue
Suite 110
Englewood Cliffs, NJ 07632

Evan J. Smith
Brodsky & Smith, L.L.C.
240 Mineola Blvd.
Mineola, NY 11501


**Via Regular Mail**

Frederick S. Fox
Kaplan, Fox & Kilsheimer LLP
805 Third Avenue
22nd Floor
New York, NY 10022

Donald R. Hall
Kaplan, Fox & Kilsheimer LLP
805 Third Avenue, 22nd Floor
New York, NY 10022

Lewis Stephen Kahn
Kahn, Gauthier Law Group, L.L.C.
650 Poydras Street
Suite 2150
New Orleans, LA 70130