**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re OPTIONABLE INC. SECURITIES LITIGATION | No. 07 Civ. 3753 (LAK)<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that, effective immediately, Coale P. Anderson, an associate at

the law firm of WilmerHale LLP, admitted to practice in this District and a member in good

standing of this Court, will be appearing on behalf of Optionable, Inc.  Service of all pleadings,

papers, and documents required to be served in this action should also be served on Defendant

through counsel as follows:

> Coale P. Anderson
> WilmerHale LLP
> 60 State Street
> Boston, MA  02109
> Tel.:  (617) 526-6000
> Fax.  (617) 526-5000
> coale.anderson@wilmerhale.com

Dated:  September 13, 2007                    Respectfully submitted,

WILMERHALE LLP


By:_____/s/ Coale P. Anderson_____
    Coale P. Anderson
    WilmerHale LLP
    60 State Street
    Boston, MA  02109
    Tel.:  (617) 526-6000
    Fax.  (617) 526-5000
    coale.anderson@wilmerhale.com

*Counsel for Optionable, Inc.*

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re OPTIONABLE INC. SECURITIES LITIGATION | No. 07 Civ. 3753 (LAK) |
| | **CERTIFICATE OF SERVICE** |

I hereby certify that on September 13, 2007, a copy of the foregoing Notice of

Appearance as Counsel on Behalf of Optionable, Inc. was filed electronically and served by mail

on anyone unable to accept electronic filing.  Parties may access this filing through the Court's

CM/ECF System.

WILMERHALE LLP


By:_____/s/ Coale P. Anderson_____
        Coale P. Anderson
        60 State Street
        Boston, MA  02109
        Tel.:  (617) 526-6000
        Fax.  (617) 526-5000
        coale.anderson@wilmerhale.com

        *Counsel for Optionable, Inc.*

US1DOCS 6359957v1